preme Court of Missouri denied. *Mr. Martin J. O'Donnell* for petitioners. *Messrs. Charles M. Blackmar, Samuel W. Sawyer,* and *Elliott H. Jones* for respondents.

No. 942. UNIVERSAL DEALERS CO. *v.* CROMELIN, TRUSTEE. May 27, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Wm. E. Richardson* for petitioner. *Mr. Francis C. Brooke* for respondent.

No. 945. EAGLE TRANSPORT CO. ET AL. *v.* UNITED STATES, AS OWNER OF THE POCAHONTAS. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Erskine* for petitioners. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 947. BONET, TREASURER, *v.* HUMACAO SHIPPING CORP. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby, George A. Malcolm,* and *Nathan R. Margold* for petitioner. *Mr. Earle T. Fiddler* for respondent.

No. 948. HEWITT *v.* UNITED STATES. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wendel W. McCanles* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip, Fred E. Strine,* and *W. Marvin*

642

*Smith* for the United States.

No. 949. MAGNANI *v.* HARNETT, COMMISSIONER OF MOTOR VEHICLES, ET AL. May 27, 1940. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Samuel B. Wasserman* and *Roy P. Monahan* for petitioner. *Messrs. John J. Bennett*, Attorney General of New York, and *Henry Epstein*, Solicitor General, for respondents.

No. 955. ASPRODITES, ADMINISTRATRIX, *v.* STANDARD FRUIT & STEAMSHIP Co. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Samuel J. Tennant, Jr.* for petitioner. *Messrs. Geo. H. Terriberry* and *Jos. M. Rault* for respondent.

No. 982. WESTRUP *v.* ILLINOIS. May 27, 1940. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Charles P. R. Macaulay* for petitioner. *Mr. John E. Cassidy*, Attorney General of Illinois, for respondent.

No. 1003. SHELLEY *v.* UNITED STATES. June 3, 1940. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. *Rebecca Shelley, pro se.*